BARTHEL LEGAL, APC
Nicholas Barthel, Esq. (319105)
nick@barthelbarthel.com
2173 Salk Ave., Ste. 250
Carlsbad, CA 92008
Telephone: (760) 259-0033
Facsimile: (760) 536-9010

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUSOF SULTAN, | Case No.: |
| Plaintiff, | |
| v. | PETITION TO COMPEL ARBITRATION AND FOR DECLARATORY RELIEF |
| COINBASE, INC., | |
| Defendant., | (Jury Trial Demanded) |

CASE NO.: